IN THE MATTER OF THE APPLICATION OF DAVID
MANSFIELD FOR A WRIT OF HABEAS CORPUS.

[Submitted Sept. 20, 1897.   Decided Oct. 11, 1897.]

(For Syllabus in this case, see *State ex rel. Attorney General* v. *Theodore Brantly,*
Judge, etc.—*ante.*)

APPLICATION by David Mansfield for a writ of *habeas cor-*
*pus.*   Denied.

*M. J. Cavanaugh,* for Applicant.

*C. B. Nolan,* Attorney General, for the State.

PER CURIAM.—David Mansfield, a prisoner in the peniten-
tiary of the state, applies for a writ of *habeas corpus.*   The
facts connected with his arraignment, trial, and conviction
are stated in the opinion of this court in *State* v. *Mansfield,*
48 Pac. 898.   By the application for his release on *habeas*
*corpus* he raises the same question discussed and decided in
Day's case (*State* v. *Brantley, ante*) 50 Pac. 410.   Upon the
authority of that case the petititioner's application is denied.